Misc. No. 12–8015/NA. James Melvin Lewis, Petitioner, v. United States, Respondent. Notice is hereby given that a petition for extraordinary relief in the nature of

a writ of error coram nobis was filed under Rule 27(a) on October 11, 2011, and placed on the docket this date. On consideration thereof, said petition is hereby dismissed for lack of jurisdiction.